## IN THE UNITED STATES BANKRUPTCY COURT

### NEWNAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO. 16-10775** |
| **Gary Allen Stephens, Jr.,** | * | **Chapter 7** |
|    **Debtor/Movant** | * | |
|           **v.** | * | **W. Homer Drake, Jr., Judge** |
| **State Farm Mutual Automobile** | * | |
| **Insurance Company,** | * | |
|    **Creditor/Respondent** | * | |

### MOTION TO AVOID THE JUDICIAL LIEN

1. On 4/19/16, the above Debtor filed for protection under Chapter 7 of the U.S. Bankruptcy Code.

2. Debtor believes the above-captioned creditor holds a valid judicial lien against debtor.

**WHEREFORE**, Debtor prays that:

a) He/She be allowed to declare that any waivers in the above referenced debt are of no effect under 11 U.S.C. § 522(f);

b) He/She be allowed to declare the Creditor's liens void; and

c) He/She be provided with such other relief as may be appropriate to protect his right to a fresh start.

                                                              /s/_____
                                                              John T. Dufour, Bar No.: 232140
                                                               Attorney for Debtor in Bankruptcy

Van Pelt & Dufour
527 Newnan Street
Carrollton, GA 30117
(770-) 832-0295

**IN THE UNITED STATES BANKRUPTCY COURT
NEWNAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO. 16-10775** |
| **Gary Allen Stephens, Jr.,** | * | **Chapter 7** |
|    **Debtor/Movant** | * | |
|          **v.** | * | **W. Homer Drake, Jr., Judge** |
| **State Farm Mutual Automobile** | * | |
| **Insurance Company,** | * | |
|    **Creditor/Respondent** | | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID THE
JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

**Notice is hereby given** that a Motion to Avoid a Judicial Lien on exempt property pursuant to 11 U.S.C. § 522 has been filed in the above styled case on 4/19/16.

    **Notice is further given** that, pursuant to Local Rule 6008-2 NDGa., the Creditor/Respondent must file a response to the motion within 21 days after service, exclusive of the date of service, and serve a copy of same on Debtor's attorney.  In the event that no response is timely filed and served, then the Bankruptcy Court may enter an order granting the relief sought.

This 4/19/16.

                                          /s/ _____
                                               John T. Dufour, Bar No.: 232140
                                               Attorney for Debtor in Bankruptcy

Van Pelt & Dufour
527 Newnan Street
Carrollton, Georgia 30117
(770) 832-0295

IN THE UNITED STATES BANKRUPTCY COURT
NEWNAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | * | **CASE NO. 16-10775** |
| **Gary Allen Stephens, Jr.,** | * | **Chapter 7** |
| Debtor/Movant | * | |
| v. | * | **W. Homer Drake, Jr., Judge** |
| **State Farm Mutual Automobile** | * | |
| **Insurance Company,** | * | |
| Creditor/Respondent | | |

## CERTIFICATE OF SERVICE

The undersigned, John T. Dufour, of Van Pelt & Dufour, 527 Newnan Street, Carrollton, Georgia 30117, hereby certifies:

That I am more than 18 years of age, and that on 4/19/16, I served a copy of the within "Notice of Requirement of Response to Motion to Avoid the Judicial Lien on Exempt Property and of Time to File Same" together with the "Motion to Avoid the Judicial Lien," filed in this case on: Creditor/Respondent and the Chapter 13 Trustee by United States Mail at:

**Chapter 7 Trustee**
James G. Baker
305 North Greenwood Street
Lagrange, GA 30240

**Creditor**
State Farm Mutual Automobile
 Insurance Company
c/o Lippman & Reed, PLLC
5447 East 5th Street, Ste. 249
Tucson, AZ 85732

**Registered Agent**
Tyrone Smith
11350 Johns Creek Parkway
Duluth, GA 30098


Executed on 4/19/16.

                                                            BY: /s/ _____
                                                              John T. Dufour

Van Pelt & Dufour
527 Newnan Street
Carrollton, Georgia 30117
(770) 832-0295