

**IT IS ORDERED as set forth below:**

**Date: May 23, 2016**

_____

**W. Homer Drake**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| **IN THE MATTER OF**: | : | **CASE NUMBER** |
|---|---|---|
| GARY ALLEN STEPHENS, JR., | : | 16-10775-WHD |
| Debtor. | : | |
| GARY ALLEN STEPHENS, JR., | : | |
| Movant, | : | |
| v. | : | |
| STATE FARM MUTUAL AUTO. INS. CO. | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Respondent. | : | BANKRUPTCY CODE |

## **ORDER**

Before the Court is the Motion to Avoid Lien(s) of the above-named debtor, as provided by 11 U.S.C. §522(f) and Federal Rule of Bankruptcy Procedure 4003(d). No

objection having been filed, the motion is deemed to be unopposed. See BLR 6008-2, N.D. Ga.

It appearing that the respondent whose liens are sought to be avoided does not oppose the Motion, IT IS HEREBY ORDERED AND ADJUDGED that the judicial lien(s) or the nonpossessory, nonpurchase-money lien(s) held by the Respondent upon exempt property of the above-named Movant are avoided to the extent that such lien impairs an exemption to which Movant would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk is DIRECTED to serve a copy of this Order on the Movant, Movant's counsel, and the Respondent.

**END OF DOCUMENT**