## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case # 16-10775 |
| Gary Allen Stephes Jr | * | Chapter 7 |
|    Debtor | * | W. Homer Drake, Judge |
| VS. | * | |
| State Farm and Arizona Department of Transportation | * | |
| Creditor | * | |

### NOTICE OF ASSIGNMENT OF HEARING

NOTICE IS HEREBY GIVEN that the hearing on DEBTOR'S MOTION TO STAY ARIZONA LICENSE SUSPENSION in the above-styled case shall be held in Second Floor Courtroom, United States Courthouse, 18 Greenville Street, Newnan, Georgia, at 10: 10a.m. on the 13th day of July, 2016.

Dated: June 10, 2016

/s/
John T. Dufour, 232140
Attorney for Debtors
527 Newnan Street
Carrollton, Georgia 30117
(770) 832-0295

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| IN RE: | * Case # 16-10775 |
| **Gary Allen Stephes Jr** | * Chapter 7 |
| Debtor | * W. Homer Drake, Judge |
| VS. | * |
| State Farm and Arizona Department of Transportation | * |
| Creditor | * |

## MOTION TO STAY ARIZONA LICENSE SUSPENSION

COME NOW,**Gary Allen Stephes Jr**, and files this Motion to Stay Arizona License Suspension showing the court the following:

1.

On the 19th day of April, 2016, the Debtor filed for protection under the Bankruptcy Reform Act, Chapter 7, in the United States Bankruptcy Court, Northern District of Georgia, Newnan Division, being case number 16-10775.

2.

Prior to the filing of the instant case, the Debtor was sued by State Farm Insurance Company in the State of Arizona for damages caused by a motor vehicle accident. As a result of this suit, a Judgment was entered against the Debtor.

3.

Pursuant to the operation of Arizona law, A.R.S. § 28-4072, the Debtor's Arizona drivers license was suspended due to non-payment of the judgment. Subsequently, the Debtor moved from Arizona to Georgia and attempted to obtain a Georgia drivers license, but the State of Georgia has refused to issue a license due to the license suspension in Arizona.

4.

Under 11 USC Section 362 all Creditors are enjoined and and stayed from the commencement or continuation of a judicial, administrative or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title. Debtor seeks application of the automatic stay in order to lift the suspension of his Arizona drivers license, so that he may obtain a license in Georgia. The suspension of the Debtor's driving privileges in Arizona is preventing the Georgia Department of Driver Services from issuing him a valid drivers license in this state.

5.

Debtor's Counsel has conferred with the Arizona Attorney General's Office prior to the filing of this motion, and the undersigned has been informed that the Attorney

General's office does not oppose the relief sought herein, but that there is no one in the Arizona AG's office licensed to practice in the Northern District of Georgia who would be able to sign a Consent Order as to this matter.

    WHEREFORE, Debtor prays that this Motion be read, filed and considered; that and for such other relief as may be deemed appropriate.

RESPECTFULLY SUBMITTED:

/s/ _____
John Dufour
Attorney for Debtors

Van Pelt & Dufour Law Firm
527 Newnan Street
Carrollton, Georgia 30117
(770)832-0295
Georgia State Bar No. 232140

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case # 16-10775 |
| **Gary Allen Stephes Jr** | * | **Chapter 7** |
| Debtor | * | **W. Homer Drake, Judge** |
| VS. | * | |
| **State Farm and Arizona Department of Transportation** | * | |
| Creditor | * | |

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing MOTION TO STAY ARIZONA LICENSE SUSPENSION to the following by placing same in the United States Mail with sufficient postage attached thereto to insure delivery:

James G. Baker
Chapter 7 Trustee
305 North Greenwood Street
LaGrange, GA 30240
305 North Greenwood Street
LaGrange, GA 30240

State Farm Mutual Insurance
Attn: Claim # 03-2N58669
Three State Farm Plaza
Bloomington, IL 61791

Arizona Department of Transportation
c/o Stanley R. O'Dell, Assistant Attorney General
1275 West Washington Street
Phoenix, Arizona 85007

This __10th__ day of __June__, 2016.

/s/ _____
John Dufour
Attorney for Debtors

Van Pelt & Dufour Law Firm
527 Newnan Street
Carrollton, Georgia 30117
(770) 832-0295
Georgia State Bar No. 232140